# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.                                    Case No.: 1:25−cr−00694
                                      Honorable Keri L. Holleb Hotaling

Nathan Griffin
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 28, 2025:

    MINUTE entry before the Honorable Keri L. Holleb Hotaling:Per the parties' request, the in−person preliminary examination hearing set for 10/28/2025 is stricken and reset for 11/3/2025 at 2:30 pm. The courtroom in which the hearing will be held will be provided prior to the hearing on 11/03/2025. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.