# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                Case No.: 1:25−cr−00694

                                Honorable Keri L. Holleb Hotaling

Nathan Griffin

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 4, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: The Court has received electronic notification of the Government's motion to dismiss complaint [18]. An in−person motion hearing is set for 12/10/2025 at 10:00 a.m. before Magistrate Judge Holleb Hotaling. The Court does not expect defendant, Nathan Griffin to personally appear on 12/10/2025. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.